**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HECTOR TORRES,

               Plaintiff,                     24 **CIVIL** 1832 (GS)

     -v-                                   <u>**JUDGMENT**</u>

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 16, 2024, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings and a new decision.

**Dated:** New York, New York
          May 16, 2024

                                                             **RUBY J. KRAJICK**
                                                             **Clerk of Court**

                               **BY:**         *K. Mango*
                                                            **Deputy Clerk**